IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLIE RAY BELL,<br>  ID # 02253006,<br>     Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:22-CV-141-N-BW |
| | § | |
| ROCKY MOORE,<br>     Respondent. | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court finds that the petitioner's Notice of Appeal, received on March 20, 2025 (Dkt. No. 33), was placed in the prison mailing system or given to prison authorities for mailing on or before March 17, 2025, the last day for filing a timely notice of appeal and is therefore timely.

The Clerk of the Court is **DIRECTED** to transmit a copy of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and a copy of this Order to the United States Court of Appeals for the Fifth Circuit for further proceedings.

SO ORDERED this 22nd day of August, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE